UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Augusta Division

| | |
|---|---|
| James Lamont Taylor <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Discover Bank <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. CV 122-106 <br> *(to be filled in by the Clerk's Office)* <br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Lamont Taylor
Street Address: 2023 Ashley Drive
City and County: Augusta; Richmond
State and Zip Code: Georgia; 30906
Telephone Number: (706) 631-6774
E-mail Address: jltaylor1914@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Discover Bank
- Job or Title (if known): Bank/Finance Company
- Street Address: 502 Market Street
- City and County: Greenwood; N/A
- State and Zip Code: Delaware; 19950
- Telephone Number: (800) 347-7000
- E-mail Address (if known): N/A

Defendant No. 2
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 15 USC 1602, 15 USC 1691

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

   b. If the defendant is a corporation

   The defendant, *(name)* _____N/A_____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   N/A

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Discover Bank. After providing my credit card online to Discover Bank, a consumer credit transaction was completed on 06/02/2022. 1. On 06/02/2022, Discover Bank denied credit (Exhibit, Page 1). Pursuant to 15 USC 1691(a)(3), the denial discriminates against my rights as a creditor; by Discover Bank, (Exhibit, Page 1), which occurred on 06/02/2022.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting $11 million from Discover Bank due to their denial and discrimination, which has caused me emotional distress, mental anguish and pain and suffering. The intended purpose for the extension of credit was for food, transportation, medicine, medical supplies and medical/hair appointments. Discover Bank received benefits from the transaction and I received nothing.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/02/2022

Signature of Plaintiff: *James Lamont Taylor*

Printed Name of Plaintiff: James Lamont Taylor

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A

Printed Name of Attorney: N/A

Bar Number: N/A

Name of Law Firm: N/A

Street Address: N/A

State and Zip Code: N/A

Telephone Number: N/A

E-mail Address: N/A



PO Box 15410
Wilmington, DE 19850-5410

Reference Number 221531827531850

June 2, 2022

Dear James L. Taylor,

Thank you for your interest in Discover®. Unfortunately, at this time we are not able to provide you an offer due to the following:

SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
NUMBER OF ACCOUNTS WITH DELINQUENCY
TOO FEW ACCOUNTS CURRENTLY PAID AS AGREED

Rest assured, your request did not impact your credit score.

You can submit another request eight days from the date of this letter.

Sincerely,
Discover Credit Operations Team
1-877-330-4223
Reference Number 221531827531850

Discover.com
Discover Card, issued by Discover Bank, Member FDIC

ADA 102772

Page 1 of 2

---

PO Box 15410
Wilmington, DE 19850-5410

LF11RA01  041546

James L. Taylor
2023 Ashley Dr
Augusta, GA 30906-5082

